UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

JEFFREY RICH and KEELY RICH,

    Plaintiffs,

    v.                                        CIVIL ACTION NO. 1:12-cv-00555-CCB

AMERICAN RESOURCE MANAGEMENT,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

JEFFREY RICH and KEELY RICH (Plaintiffs), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, AMERICAN RESOURCE MANAGEMENT (Defendant), in this case.

                                          RESPECTFULLY SUBMITTED,

                                          By: _/s/ Fredrick Nix
                                          Fredrick Nix - Local Counsel
                                          Law Office of Fredrick E. Nix
                                          240 S Potomac Street
                                          Hagerstown, MD 21740

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2012, the foregoing Dismissal was I electronically filed with the Clerk of the Court by using the CM/ECF System.  A copy of said Dismissal was electronically submitted to the following email for Attorney Michael Severino at mseverino@kollmanlaw.com

By:  /s/ Fredrick Nix
Fredrick Nix
Attorney for Plaintiff
